1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM WIGHTMAN, on behalf of          Case No.:  21-cv-1784-TWR-DEB
himself and for all other current and
12  former aggrieved employees,
                                            **ORDER GRANTING JOINT
13                          Plaintiff,       MOTION TO CONTINUE
                                            DISCOVERY DISPUTE DEADLINE
14  v.                                      AND SCHEDULING ORDER
                                            DEADLINES [DKT. NO. 25.] AND
15  COBHAM ADVANCED ELECTRONIC              AMENDED SCHEDULING ORDER**
SOLUTIONS, INC.,
16
17                          Defendant.

18

19       Before the Court is the parties' Joint Motion to Continue Discovery Dispute

20  Deadline and Scheduling Order Deadlines. Dkt No. 25. With good cause appearing, the

21  Court grants the Joint Motion. The new dates are:

| Event | Deadline/Date |
|---|---|
| Plaintiff's Deadline to file Motion for Class Certification | June 13, 2023 |
| MSC Briefs[1] | June 6, 2023 |

22
23
24
25

26
27

28  [1]  Confidential MSC Briefs must include:

| | |
|---|---|
| Mandatory Settlement Conference ("MSC")[2] | June 26, 2023, 2:00 p.m. |
| Fact Discovery Cutoff | July 11, 2023 |
| Expert Witness Designations | July 11, 2023 |
| Supplemental/Rebuttal Expert Designations | July 25, 2023 |
| Expert Witness Disclosures | August 24, 2023 |
| Supplemental/Rebuttal Expert Disclosures | September 26, 2023 |
| Expert Discovery Cutoff | October 10, 2023 |
| Pre-trial Motion Filing Cutoff | December 12, 2023 |
| Pretrial Disclosures | March 21, 2024 |
| Memo of Contentions of Fact and Law | March 21, 2024 |
| Meeting of Counsel | March 28, 2024 |
| Plaintiff's Draft Pretrial Order | April 4, 2024 |

i.  the party's position on liability and damages supported by relevant facts, a discussion of the significant facts established during discovery, and legal analysis with citations to controlling legal authority. The parties are also encouraged to attach a chronology setting forth a timeline of the events at issue.  If submitted, the chronology should be in a chart or column format with the column headings "DATE" and "EVENT." The chronology is not counted against the page limits;

ii.  for plaintiff(s), a specific and current settlement demand addressing all relief sought and an itemization of the damages sought, and, for defendant(s), a specific and current offer and the bases for that offer. (Note: a general statement that a party will "negotiate in good faith," "offer a nominal cash sum," or "be prepared to make a demand or offer at the conference" is not a specific demand or offer. If a specific offer or demand cannot be made at the MSC, state the reasons why and explain what additional information is required to make a settlement demand or offer.);

iii.  a brief description of any previous settlement negotiations or mediations; and

iv.  the names of attorney(s) and non-attorney(s) who will attend the conference, including the name(s) and title(s)/position(s) of the party/party representative(s).

[2]  The Court will hold the MSC by Zoom.

2

21-cv-1784-TWR-DEB

| Proposed Pretrial Order Lodged | April 11, 2024 |
| --- | --- |
| Pretrial Conference | April 18, 2024, 1:30 p.m. |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 9, 19, 23.

**IT IS SO ORDERED**.

Dated:  February 10, 2023

_____

Honorable Daniel E. Butcher
United States Magistrate Judge

21-cv-1784-TWR-DEB